[No. 35987-8-I. Division One. December 19, 1996.]

ALEX DOURBETAS, *Appellant*, v. DELAMAR, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 83-2-11053-0, Liem E. Tuai, J. entered January 4, 1995 and Steven G. Scott, J., entered March 9, 1995.

1038

*Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Webster, J.